UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
SCOTT TUCKER, :
:
       Petitioner :
:
:
   - v - : No. 16-CR-91 (PKC)
:
: Motion to Vacate, Set Aside,
: or Correct Sentence
UNITED STATES, : Pursuant to 28 U.S.C. § 2255
:
       Respondent. :
:
---------------------------------- x

## DEFENDANT SCOTT TUCKER'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

Defendant Scott Tucker ("Tucker"), through undersigned counsel, hereby moves this Court pursuant to 18 U.S.C § 2255 to vacate, set aside, or correct his sentence. Defendant is currently in Federal Custody in Kansas. Tucker was convicted following a jury trial on October 13, 2017, and sentenced to 200 months imprisonment, three years supervised release, a fine of $25,000.00, restitution, and a special assessment of $1,025.00 on January 5, 2018. Defendant appealed his conviction and sentence and his appeal was denied on June 2, 2020. Defendant filed a petition for writ of certiorari to the Supreme Court, which was denied on February 22, 2021. This is Tucker's first § 2255 motion. Defendant seeks for his conviction and sentence to be vacated and set aside and for a new trial pursuant to § 2255(b).

1

Respectfully submitted
SCOTT TUCKER, DEFENDANT

/s/ Sarah Sherer- Kohlburn
Sarah Sherer-Kohlburn
Sherer Law Offices LLC
517 St. Louis Street
Edwardsville, Illinois 62025
618/692-6656 – telephone
618/692-0810 – facsimile
sarah@shererlaw.com
NY Bar Number: 5240015
MO Bar Number: 68617
IL Bar Number: 6329282
***Attorney for Defendant Scott Tucker***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was electronically filed and served this 22nd day of February, 2022, to the following counsel of record:

Sagar Kananur Ravi
U.S. Attorney's Office, SDNY
Sagar.ravi@usdoj.gov

Hagan Cordell Scotten
U.S. Attorney's Office, SDNY
Hagan.scotten@usdoj.gov

Niketh Varadaraj Velamoor
U.S. Attorney's Office, SDNY
Niketh.velamoor@usdoj.gov

David Wayne Braswell
Armstrong Teasdale
Attorney for Spirit Jets LLC
dbrawell@armstrongteasdale.com

Richard Finneran
Bryan Cave Leighton Paisner LLP
Attorney for Kim Tucker
Richard.finneran@bclplaw.com

Andrey Spektor
Bryan Cave Leighton Paisner LLP
Attorney for Kim Tucker
Andrey.spektor@bclplaw.com

Philip Greenfield
GM Law PC
Attorney for Dylan, Jagger Investment Co.
philg@gmlawpc.com

Carol Lee
Pillsbury, Winthrop, Shaw, Pittman LLP
Attorney for Dylan, Jagger Investment Co.
Carol.lee@pillsburylaw.com

Carrie Savage
GM Law PC
Attorney for Dylan, Jagger Investment Co.
carries@gmlawpc.com

William Silas Hackney
Smith and Associates
Attorney for Truman Arnold Companies
whackney@salawus.com

Clifford Katz
Platzer, Swergolf, Levine, Goldnber, Katz and Jaslow LLP
Attorney for Ferrari Financial Services Inc.
ckatz@platzerlaw.com

Seetha Ramachandran
Proskauer Rose LLP
Attorney for MoloLamken LLP
sramachandran@proskauer.com


/s/Sarah Sherer-Kohlburn